# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| DELBERT MOSELY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:07-CV-1578 CAS |
| ) | |
| S.K. HIGHSMITH, ELIZABETH CONLEY, ) | |
| ERNEST JACKSON, GAIL WOLLBERG, ) | |
| LORI YOUNG, and CORRECTIONAL ) | |
| MEDICAL SERVICES, ) | |
| ) | |
| Defendants. ) | |

## ORDER OF DISMISSAL

This action was commenced by plaintiff Delbert Mosely by his complaint and application to proceed in forma pauperis filed September 6, 2007. At that time, plaintiff was an inmate at the Missouri Eastern Correctional Center in Pacific, Missouri.

The record reflects that copies of the following documents were mailed to plaintiff at his address of record: (1) the opinion and order of the United States Court of Appeals for the Eighth Circuit dated February 25, 2009, mailed February 25, 2009; (2) waiver of service letter and copy of the docket sheet, mailed February 26, 2009; (3) copy of the Court's Order dated February 26, 2009, mailed February 26, 2009; and (4) the mandate of the United States Court of Appeals for the Eighth Circuit, mailed March 19, 2009. These documents were returned to the Clerk of the Court with envelopes bearing the notation "Return to Sender . . . No Forwarding Address," on March 9 and 12, 2009 and April 3, 2009. (See Doc. Nos. 20-22, 24) Since these mailings were returned to the Court, the Clerk has not been advised of plaintiff's current address.

Local Rule 2.06(B) provides:

> Every pro se party shall promptly notify the Clerk and all other parties to the proceedings of any change in his or her address and telephone number. If any mail to a pro se plaintiff or petitioner is returned to the Court without a forwarding address and the pro se plaintiff or petitioner does not notify the Court of the change of address within thirty (30) days, the Court may, without further notice, dismiss the action without prejudice.

E.D. Mo. L.R. 2.06(B).

Because plaintiff has not advised the Court of any change in address since the date the mailings were returned, and more than thirty days has passed since that date,

**IT IS HEREBY ORDERED** that this action is **DISMISSED** without prejudice.

_____
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this   14th   day of April, 2009.